Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
Email: Scleidner@aol.com

Attorney for Plaintiff
TASJIA LOPEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TASJIA LOPEZ | No. 2-18-cv-1395 SHK |
| Plaintiff | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA} |
| vs. | |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

attorney fees under EAJA in the amount of FOUR THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS and 00/100 cents ($4,750.00 as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation

DATED: May 17, 2019

_____

**SHASHI H. KEWALRAMANI**

U.S. Magistrate Judge